IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LOUIS EUGENE PAYTON,

     Appellant,

v.

     Case No.  5D23-44
     LT Case Nos. 16-2017-CF-6923-AXXX
                   16-2017-CF-6922-AXXX

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed June 27, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Lester Bass, Judge.

Louis Eugene Payton, Live Oak, pro se.

Ashley Moody, Attorney General, and
Kristie Regan, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.


WALLIS, KILBANE and MACIVER, JJ., concur.